**DENNIS G. CHAPPABITTY**
OK Bar Association #1617
P.O. Box 2050
Elk Grove, CA 95759
(916) 682-0575 (phone/fax)
dennis@chaplaw.us

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOREN P. SIMPSON, M.D., LTC, U.S. ARMY RESERVE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER,<br><br>Defendants. | Case No. **3:18-cv-00054-LRH-WGC**<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br>**(First Request)** |

Pursuant to Local Civil Rule 6-1(a), Plaintiff Loren P. Simpson, and Defendants Washoe Tribe and Washoe Tribal Health Center, by and through their legal counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served his Complaint on Defendants on February 20, 2018;

WHEREAS, Defendants currently have until Tuesday, March 13, 2018 to answer or respond to Plaintiff's Complaint;

WHEREAS, On February 28, 2018 and March 1, 2018, Plaintiff and Defendants' legal counsel engaged in telephonic discussions on the possibility of

settlement. As a consequence of these settlement discussions, Defendants need additional time to answer or otherwise respond to the Complaint and both parties agreed to a 21 day extension of time from March 13, 2018 to Tuesday, April 3, 2018, to act accordingly;

WHEREAS, the additional 21 days for Defendants to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's Complaint by Tuesday, April 3, 2018.

Dated this March 1, 2018

By ___/s/ *Dennis G. Chappabitty*___
Dennis G. Chappabitty
OK Bar Association #1617
P.O. Box 2050
Elk Grove, CA 95759
(916) 682-0575 (phone/fax)
dennis@chaplaw.us

*Attorney for Plaintiff*

IT IS SO ORDERED:

/s/ William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 5, 2018.