**DENNIS G. CHAPPABITTY**
OK Bar Association #1617
P.O. Box 2050
Elk Grove, CA 95759
(916) 682-0575 (phone/fax)
dennis@chaplaw.us

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOREN P. SIMPSON, M.D., LTC, U.S. ARMY RESERVE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER,<br><br>Defendants. | Case No. **3:18-cv-00054-LRH-WGC**<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br>**(Second Request)** |

Pursuant to Local Civil Rule 6-1(a), Plaintiff Loren P. Simpson, and Defendants Washoe Tribe and Washoe Tribal Health Center, by and through their legal counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Court's March 5, 2018 First Extension Order, Defendants have until Tuesday, April 3, 2018 to answer or respond to Plaintiff's Complaint;

WHEREAS, on March 9, 2018, Plaintiff Simpson, undersigned Counsel, the Washoe Tribal Council and its Counsel, Little Fawn Boland, met at the

1

Tribal Headquarters in Gardnerville, NV for two (2) hours to discuss Plaintiff's settlement demands.

WHEREAS, on March 16, 2018, Ms. Boland submitted a Counteroffer for Plaintiff's consideration and he rejected it on March 21, 2018.

WHEREAS, on March 27, 2018, Counsel for Plaintiff and Counsel for the Washoe Tribe and Tribal Health Center agreed that the parties would continue their good faith efforts at resolving this action by settlement and a sixty (60) day extension of time for Defendants to answer or otherwise act is in order.

WHEREAS, the additional sixty (60) days for Defendants to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by Court Order; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's Complaint by Friday, June 1, 2018.

Dated this March 27, 2018

By    /s/ *Dennis G. Chappabitty*
Dennis G. Chappabitty
OK Bar Association #1617
P.O. Box 2050
Elk Grove, CA 95759
(916) 682-0575 (phone/fax)
dennis@chaplaw.us

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2018.