UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOREN P. SIMPSON, M.D., LTC, U.S. ARMY RESERVE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER,<br><br>Defendants. | Case No. **3:18-cv-00054-LRH-WGC**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff Simpson shall have until Friday, June 29, 2018 to file his opposition to Defendants' Motion to Dismiss (Doc. 13). Plaintiff's opposition is currently due Friday, June 15, 2018.

This is the parties' first request for additional time.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall file his opposition to Defendants' Motion to Dismiss by Friday, June 29, 2018.

Dated this June 5, 2018

1

By /s/ *Dennis G. Chappabitty*
Dennis G. Chappabitty
OK Bar Association #1617
P.O. Box 2050
Elk Grove, CA 95759
(916) 682-0575 (phone/fax)
dennis@chaplaw.us

*Attorney for Plaintiff*

**O R D E R**

IT IS SO ORDERED.

DATED this 6th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE