UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOREN P. SIMPSON, M.D.,<br>LTC, U.S. ARMY RESERVE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER,<br><br>Defendant. | Case No.: 3:18-cv-00054-LRH-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Loren P. Simpson, M.D., LTC, U.S. Army Reserve and Defendants Washoe Tribe of Nevada and California and the Washoe Tribal Health Center, through their respective counsel of record, that the time allowed for Defendants to file a reply in support of their Motion to Dismiss (ECF No. 13) shall be extended up to and including Monday, July 16, 2018. The Reply is currently due Thursday, July 5, 2018.

This is the first request to extend the time.

/ /

/ /

/ /

/ /

- 1 -

Dated this 28th day of June, 2018.

| | |
|---|---|
| DENNIS G. CHAPPABITTY | SNELL & WILMER L.L.P. |
| /s/ Dennis G. Chappabitty | /s/ Janine C. Prupas |
| Dennis G. Chappabitty, OK No. 1617 | William E. Peterson, No. 1528 |
| P.O. Box 2050 | Janine C. Prupas, No. 9156 |
| Elk Grove, California 95759 | 50 W. Liberty Street, Suite 510 |
| *Attorneys for Plaintiff* | Reno, Nevada 89501 |
| | *Attorneys for Defendants* |

IT IS SO ORDERED.

DATED this 29th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE