1  DENNIS G. CHAPPABITTY
   OK Bar Association #1617
2  P.O. Box 2050
   Elk Grove, CA 95759
3  (916) 682-0575 (phone/fax)
   dennis@chaplaw.us
4
   *Attorney for Plaintiff*
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOREN P. SIMPSON, M.D., LTC, U.S. ARMY RESERVE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER,<br><br>Defendants. | 3:18-cv-00054-LRH-WGC<br><br>**ORDER GRANTING MOTION FOR ORDER DIRECTING CLERK OF THIS HONORABLE COURT TO REFUND FILING FEE AND RELATED COST AND PROPOSED ORDER** |

COMES NOW Plaintiff LOREN P. SIMPSON, M.D., LTC, U.S. ARMY RESERVE, (LTC Simpson) by and through his attorney, and moves this Court to direct the Court Clerk to return the filing fee ($400.00) and the fee for related cost for his Counsel filing the Verified Petition to Practice *Pro Hac Vice* ($250.00).

LTC Simpson filed his action as a member of the United States Army Reserve alleging violations of the Uniformed Services Employment and Reemployment Rights Act, ("USERRA"), 38 U.S.C. § 4323(h)(1) which authorized him to commence his civil action and to file any petition or motion without being required to prepay fees and costs or give security for them. Plaintiff states as follows:

1

**A. No fees or court costs may be charged or taxed against an individual if he is claiming rights under USERRA.**

Congress passed USERRA (the "Act") in 1994 to encourage non-career service in the Uniformed Services by, *inter alia*, prohibiting discrimination against persons on the basis of membership in the armed forces. *Townsend v. University of Alaska*, 543 F. 3d 478 (9th Cir. 2008). Under the Act,

> A person who is a member of, applies to be a member of, performs, has performed, applies to perform, or has an obligation to perform service in a uniformed service shall not be denied initial employment, reemployment, retention in employment, promotion, or any benefit of employment by an employer on the basis of that membership, application for membership, performance of service, application for service, or obligation.

38 U.S.C. § 4311(a). Section 4323 provides: "[N]o fees or court costs may be charged or taxed against any person claiming rights under [USERRA]." 38 U.S.C. § 4323(h)(1); *see also* 20 C.F.R. § 1009.310. The Department of Labor is in accord:

> No fees or court costs may be charged or taxed against an individual if he or she is claiming rights under the Act [38 U.S.C. § 4301, et seq.] If the individual obtains private counsel for any action or proceeding to enforce a provision of the Act, [38 U.S.C. § 4301, et seq.], and prevails, the court may award reasonable attorney fees, expert witness fees, and other litigation expenses. *See* 20 C.F.R. § 1002.310; Federal Register, Vol. 70, o. 242/Monday, December 19, 2005/Rules and Regulations; 38 U.S.C. § 4323(h)(1).

Furthermore, courts addressing this issue are unanimous: "USERRA provides that '[n]o fees or court costs may be charged or taxed against any person claiming rights under this chapter.'" *Davis v. Advocate Health Ctr. Patient Care Exp.*, 523 F.3d 681, 685 (7th Cir. 2008):

2

> In light of the plain language of 38 U.S.C. § 4323(h)(1) and Congress's intent, in USERRA and elsewhere, to lessen the costs of litigation for veterans, we hold that 38 U.S.C. § 4323(h)(1) permits a USERRA litigant to initiate suit without prepaying the filing fee. Because Davis has already paid his filing fee to proceed in this court, we ORDER the clerk of this court to refund Davis's appellate filing fee.

**B. Since LTC Simpson is entitled to the protections of USERRA, costs should not be taxed against him and the filing fee and related cost for the filing of the Petition for *Pro Hac Vice* practice should be returned to his undersigned counsel of record by the Clerk of this Honorable Court.**

LTC Simpson is the sole Plaintiff in this action. Plaintiff is a Veteran of the United States Armed Forces, and the character of his service, as determined by the United States Army, is honorable. LTC Simpson filed his civil complaint in this Court pursuant to the USERRA. Thus, under § 4323(h) no filing fee was required, and he could have properly proceeded with his case without fees or related costs charged to him, including his legal counsel's cost for filing his Petition for *Pro Hac Vice* practice that was approved.

WHEREFORE, the Plaintiff prays that this Court issue an Order requiring the Clerk of the Court return to his legal counsel the USERRA filing fee and the *Pro Hac Vice* Petition fee at his addresses of record.

Dated this September 5, 2018

By /s/ *Dennis G. Chappabitty*
Dennis G. Chappabitty
OK Bar Association #1617
P.O. Box 2050
Elk Grove, CA 95759
(916) 682-0575 (phone/fax)
dennis@chaplaw.us

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2018