# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOREN P. SIMPSON, M.D., LTC, U.S. ARMY RESERVE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA AND THE WASHOE TRIBAL HEALTH CENTER,<br><br>Defendants. | Case No. **3:18-cv-00054-LRH-WGC**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

All parties stipulate to dismissal of this action with prejudice and request that this Court issue an Order dismissing this action with prejudice and each side to bear their own fees and costs.

Dated this 25th Day of September, 2018

DENNIS G. CHAPPABITTY					SNELL & WILMER L.L.P.


 **/s/ Dennis G. Chappabitty**					 **/s/ Janine C. Prupas**
Dennis G. Chappabitty, OK No. 1617			William E. Peterson, No. 1528
P.O. Box 2050							Janine C. Prupas, No. 9156
Elk Grove, California 95759					50 W. Liberty Street, Suite 510
Attorney for Plaintiff						Reno, Nevada 89501
								Attorneys for Defendants

IT IS SO ORDERED:

This action is dismissed with prejudice and each side to bear their own fees and costs.

DATED this 27th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE